**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON ZUNIGA,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M.D. BITER, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-01235-FMO (KES)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: August 19, 2016

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE